UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

KELLY BOOTH,

    Plaintiffs,

v.

CHASE BANK USA, N.A.,

    Defendant.

)
)  Case No. 3:18-cv-2739
)
)
)  Hon. Judge James G. Carr
)
)
)
)
)
)
)
)
)

## **PLAINTIFF KELLY BOOTH'S NOTICE OF SETTLEMENT**

    Plaintiff KELLY BOOTH notifies this Court that Plaintiff and Defendant CHASE BANK USA, N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

    Respectfully submitted the 7th day of February 2019.

> By: */s/ Peter Cozmyk*
> Peter Cozmyk
> COZMYK LAW OFFICES
> 6100 Oak Tree Blvd., Suite 200
> Independence, OH  44131
> P: (440) 292-7672
> E: pcozmyk@cozmyklaw.com
> Attorney for Plaintiff, KELLY BOOTH

- 1 -

**CERTIFICATE OF SERVICE**

     I certify that on February 7, 2019, 2019 I filed Plaintiff KELLY BOOTH's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

David J. Dirisamer (0092125)
BARNES & THORNBURG LLP
41 South Hight Street, Suite 3300
Columbus, OH  43215
T: (614) 628-0096
F: (614) 628-1433
E: David.Dirisamer@btlaw.com
*ATTORNEY TO BE NOTICED*

                                         By: */s/ Peter Cozmyk*
                                         Peter Cozmyk
                                         COZMYK LAW OFFICES
                                         6100 Oak Tree Blvd., Suite 200
                                         Independence, OH  44131
                                         P: (440) 292-7672
                                         E: pcozmyk@cozmyklaw.com
                                         Attorney for Plaintiff, KELLY BOOTH

NOTICE OF SETTLEMENT